## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Justin Jack Miller | Mag. Judge: | Maaten Vermaat |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:24-mj-63 | 7/22/2024 | 4:09 pm - 4:25 pm | Marquette | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Hanna Rutkowski | Beth LaCosse | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- ✓ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: ____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of ____
- __ Consent to Mag. Judge for ____
- __ Other: ____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- ✓ Order Appointing Counsel
- ✓ Other: Brady Rule 5(f) notice

### CHANGE OF PLEA
Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Defendant advised of his rights, the charges and penalties.
The Government was given their Brady notice.
Defendant requested a detention hearing which will be held on Wednesday.

### SENTENCING
Imprisonment: ____
Probation: ____
Supervised Release: ____
Fine: $ ____
Restitution: $ ____
Special Assessment: $ ____
Plea Agreement Accepted:   __Yes   __No
Defendant informed of right to appeal:   __Yes   __No
Counsel informed of obligation to file appeal:   __Yes   __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ ____ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**   C. Moore |